No. 03–6750. SINGLETON *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–6751. THOMAS *v.* TEXAS DEPARTMENT OF CRIMINAL JUSTICE. C. A. 5th Cir. Certiorari denied.

No. 03–6758. HARRIS *v.* SCRIBNER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6759. HOMICK *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–6760. GONZALEZ *v.* LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6761. GREENE *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 03–6768. ESCOBAR-APANTENCO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6770. WOODARD *v.* SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–6773. DAVENPORT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6774. MORRISETTE *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 03–6776. ORR *v.* SONNEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6777. HOSTY ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 03–6778. JAMES *v.* WILSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–6779. TURNER *v.* KLEM, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL. C. A. 3d Cir. Certiorari denied.